■ SHEILA GREENBERG, an Infant, by LOUIS GREENBERG, Her Guardian ad Litem, et al. v. LOUIS LORENZ et al., Doing Business as PELHAM DAIRIES, et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., against LEFFERT HOLZ, as Superintendent of Insurance of the State of New York, et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ HENRY A. FRICKE v. THOMAS H. OCHSE, as Executor of FREDERICK W. SULLAU, Deceased, and MAX M. HERSH.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ Q-TV, INC. v. TELEPROMPTER CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally and Stevens, JJ.

■ FAE KADET v. 131 BENNETT AVE. CORP.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ EMPRESA DE LIMAS UNIAO TOME FETEIRA, LDA. v. HI-TEST TWIST DRILL WORKS, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUAN LOSADA VASQUEZ.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROGERS GUILLORY.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LLOYD HASSELL.— Motion granted insofar as to extend the defendant's time to serve and file the record on appeal and the appellant's points to and including September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before September 23, 1959. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— Motion denied. Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ ALICIA DE CASIANO et al., v. SARAH E. MORGAN et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank and Stevens, JJ.

■ ELIZABETH FREZZA v. LOUIS FREZZA.— Motion denied and the stay contained in the order to show cause dated March 5, 1959 is vacated. Concur —Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT RINALDO.— Motion denied. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.